# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:  DELCO OIL, INC.
BANKRUPTCY NO. 3:06-BK-3241
ADV. NO. 07-00142

_____

MARATHON PETROLEUM
COMPANY LLC,

          **Plaintiff,**

-vs-                                                Case No.  6:08-cv-432-Orl-31

AARON R. COHEN,

          **Defendant.**

_____

## ORDER OF RECUSAL

     Pursuant to 28 U.S.C. § 455(a) and in the interest of justice, I hereby recuse myself from this matter because CapitalSource Finance LLC, which appears to have a direct financial interest in the outcome of this appeal, is represented by my former law firm, in which my wife is a shareholder.  The Clerk is directed to reassign this case to another Judge of this court.

     **DONE** and **ORDERED** in Chambers in Orlando, Florida on May 19, 2008.

                                                             GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE